AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 26- 102 (M) |
| ANGEL LUIS CLASS NAVARRO | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 7th, 2026_____ in the county of _____--_____ in the _____---_____ District of _____Puerto Rico_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(a)(1) | Through forcible acts, threats, and intimidation, knowingly assaulted, resisted, opposed, impeded, intimidated, and interfered with officers or employees of the United States Postal Service, including contractor employees and other persons assisting USPS operations in the performance of official duties, while these persons were engaged in or on account of the performance of official duties as protected by 18 U.S.C. § 1114, in violation of 18 U.S.C. § 111(a)(1). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.
Reviewed by: SAUSA Edwin Caban Jr.

The United States requests temporary detention pending preliminary hearing and detention hearing.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Yamaris Ortiz, Postal Inspector USPIS
_____
*Printed name and title*

Sworn to me by phone in accordance with the requirements of
Fed. R. Crim. P. 4.1 at 10:47 AM    on  2/10/2026

Date: February 10, 2026

Digitally signed by
Hon. Giselle López-
Soler
_____
*Judge's signature*

City and state:    San Juan, Puerto Rico

Hon. Giselle López-Soler, U.S. Magistrate Judge
_____
*Printed name and title*