**AFFIDAVIT IN SUPPORT OF AN
APPLICATION FOR A CRIMINAL COMPLAINT**

I, Yamaris Ortiz, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") assigned to a multidisciplinary team that investigates incidents of workplace violence involving the United States Postal Service ("USPS") in Puerto Rico. I am an investigative or law enforcement officer authorized to investigate postal offenses, serve warrants and subpoenas, and make arrests pursuant to 18 U.S.C. § 3061. I am currently assigned to the Multifunctional Team responsible for USPS workplace-violence investigations. In that capacity, I have investigated numerous matters involving assaults, threats, intimidation, and interference with USPS personnel, including violations of 18 U.S.C. § 111.

**BASIS OF KNOWLEDGE**

2. The facts set forth in this affidavit are based on my personal knowledge; information provided by USPS employees and other law enforcement officers; and my review of physical evidence, including closed-circuit television ("CCTV") footage. This affidavit is submitted in support of a criminal complaint and arrest warrant charging Angel Luis Class Navarro with violating Title 18, United States Code, Section 111(a)(1). This affidavit does not include every fact known to the Government.

**THE INCIDENT**

3. On February 7, 2026, at approximately 8:40 a.m., Postal Inspectors were notified of an active workplace-violence incident at the USPS Office in Vieques, Puerto Rico.

1

4. The investigation determined that Angel Luis Class Navarro arrived at the Vieques Post Office and repeatedly attempted to forcibly enter areas of the facility restricted to USPS employees, following a domestic dispute earlier that same morning with his girlfriend, identified herein as A.B.C.

5. On the date of the incident, A.B.C. was a USPS contractor employee assigned to the Vieques Post Office and began her work shift at approximately 8:00 a.m.

## INITIAL POLICE RESPONSE

6. USPS employees, fearing for their safety due to Class Navarro's conduct, contacted Vieques Puerto Rico Police ("PRPD") Precinct and officers responded.

7. Upon arrival, PRPD officers encountered Class Navarro seated inside a vehicle parked outside the post office. Class Navarro stated that he was waiting for his girlfriend to exit the facility.

8. PRPD officers instructed Class Navarro that he could not remain in the area due to the reported disturbance. Class Navarro relinquished A.B.C.'s cellular phone to the officers and departed the area.

## WITNESS STATEMENTS

9. At approximately 12:20 p.m., Postal Inspectors interviewed three USPS employees—identified as J.M.A., L.M.M., and K.R.—who were present during the incident.

10. These employees stated that they observed and heard Class Navarro repeatedly, violently and forcefully attempting to enter employee-restricted areas of the post office while shouting for A.B.C. to come out.

11. The employees further reported that A.B.C. told them during the incident that Class Navarro wanted to "kill" all of them, which, coupled with his forceful attempts to gain entry while

pounding and yelling with anger, caused the employees to fear imminent harm. As a result of Class Navarro's actions and the fear they generated, the USPS Office in Vieques was closed, and normal postal operations were suspended the entire day to ensure employees' safety.

## VIDEO SURVEILLANCE

12. Postal Inspectors reviewed CCTV footage from the Vieques Post Office.

13. The video footage shows Class Navarro forcefully pulling on the rear employee entrance door for approximately two minutes, followed by a second attempt after initially failing.

14. Throughout the footage, Class Navarro appears visibly agitated, repeatedly pulling on doors with force and shouting or verbalizing statements, although the recordings contain no audio.

15. The footage further shows Class Navarro entering the public lobby area and attempting to open the parcel-delivery door leading directly into the employee-restricted workspace.

## IMPACT ON USPS OPERATIONS

16. Due to Class Navarro's violent and intimidating conduct, USPS employees felt unsafe continuing operations. The Vieques Post Office was closed, and a mail delivery truck arriving from the airport was unable to dock or deliver mail, resulting in a disruption of official USPS functions.

## PROBABLE CAUSE AND LEGAL BASIS

17. Based on the foregoing, there is probable cause to believe that Angel Luis Class Navarro, through forcible acts, threats, and intimidation, knowingly assaulted, resisted, opposed, impeded, intimidated, and interfered with officers or employees of the United States Postal Service, including contractor employees and other persons assisting USPS operations in the

performance of official duties, while these persons were engaged in or on account of the performance of official duties as protected by 18 U.S.C. § 1114, in violation of 18 U.S.C. § 111(a)(1).

18. This offense was committed with intent to commit another felony and as such is a felony. 18 U.S.C. § 111(a). The other felony would be a violation of the Domestic Abuse Prevention and Intervention Act, that is, Article 3.3, which penalizes any person who threatens to cause harm to his/her spouse, former spouse, or the person with whom he/she cohabits or has cohabited, or with whom he/she has or has had a consensual relationship, or with whom he/she shares a child in common, regardless of the sex, civil status, sexual orientation, gender identity, or the immigrant status of the persons involved in the relationship, or to destroy property cherished by the victim, except that which is exclusively owned by the offender or another person, shall be guilty of a fourth-degree felony in the upper end of the range. 8 L.P.R.A. § 633.

19. Although Class Navarro did not make physical contact with a USPS employee, physical contact is not required under § 111(a)(1). Repeated attempts to breach secured employee areas, coupled with threatening statements and aggressive behavior, constitute forcible intimidation and interference within the meaning of the statute. The element of force may be satisfied by proof of actual physical contact or by proof of a threat or display of physical aggression toward the officer that would reasonably inspire fear of pain, bodily harm, or death in a reasonable person. *See* United States v. Street, 66 F.3d 969 at 977 (8th Cir. 1995) (The statute's force requirement therefore may be satisfied even if the defendant has no physical contact with the officer, as long as his conduct places the officer in fear for his life or safety).

20.     Class Navarro's conduct was intentional and volitional, not accidental or incidental, and directly resulted in the closure of the post office and the suspension of official postal operations.

## CONCLUSION

21.     Accordingly, there is probable cause to believe that Angel Luis Class Navarro committed a violation of Title 18, United States Code, Section 111(a)(1). I respectfully submit that a criminal complaint and arrest warrant are warranted.

Respectfully submitted,

Yamaris Ortiz
Postal Inspector
United States Postal Inspection Service

Sworn in accordance with the requirement of Fed. R. Crim. P. 4.1. by telephone at 10:47 a.m. on this 10th day of February 2026, in San Juan, Puerto Rico.

Digitally signed by Hon. Giselle López-Soler

Hon. Giselle López-Soler
United States Magistrate Judge
District of Puerto Rico